CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 1 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY LEE GRAY, et al. <br> Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 7:04-CV-00634 <br> ) <br> ) **ORDER** <br> ) |
| GENE JOHNSON, et al., <br> Defendants. | ) By: Samuel G. Wilson <br> ) United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **DENIED**, and the court will conduct an evidentiary hearing on the matter. The plaintiffs' motion to amend their complaint is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order to the plaintiff and to counsel for defendants.

**ENTER:** This 1st day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE