CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 3 0 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEFFREY LEE GRAY, et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 7:04-CV-00634 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED**

and **ADJUDGED** that judgment is **ENTERED** in favor of the defendants and against the

plaintiff.   This matter is **STRICKEN** from the active docket of the court, and all remaining

motions are **DENIED** as moot.   In light of John Martin's release from prison, his IFP status is

hereby **REVOKED**.[6]

ENTER:      This 30th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[6]However, Martin is free to seek reinstatement of his IFP status by re-completing the
required paperwork in light of his current living situation and income.